| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| ex rel. Margaret Reynard | : | |
| 42 Dresner Circle | : | |
| Upper Chichester, PA 19061 | : | No. _____ |
| | : | |
| Plaintiff/Relator, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| SALUS UNIVERSITY | : | |
| 8380 Old York Rd. | : | **FILED IN CAMERA AND** |
| Elkins Park, PA 19027-1541 | : | **UNDER SEAL** |
| | : | |
| Defendant | : | |
| | : | |

## QUI TAM COMPLAINT

Relator, Margaret Reynard, brings this qui tam action in the name of the United States of America, by and through her undersigned counsel, hereby avers as follows:

## INTRODUCTION

1. This action has been initiated by Margaret Reynard ("Relator"), on behalf of the United States of America, against Salus University ("Defendant") to recover penalties and damages arising from false statements and implied false statements Defendants made in invoices, bills and other documents submitted to the federal government to recover money from Medicare and Medicaid for: (1) services improperly billed as separate transactions when they in fact had to be billed as connected transactions at a lower reimbursement rate; (2) for services billed to Medicare in which patients were improperly charged amounts beyond that permitted by the Medicare and/or Medicaid rules limiting the amounts of copayments and coinsurance payments; (3) services improperly billed/upcoded as a higher-level service in order to improperly increase the amount

paid for that service; (4) services where the amount of money charged to the patient was never applied to the bill, and therefore, the patient was billed twice for that amount.

## JURISDICTION AND VENUE

2. This Court has original subject matter jurisdiction over the instant action pursuant to 28 U.S.C. §§ 1331 because it arises under the laws of the United States, the False Claims Act, 31 U.S.C. §3732(a).

3. This Court has personal jurisdiction over Defendants because Defendants, by systematically soliciting business in the Eastern District of Pennsylvania (operating multiple businesses therein), has sufficient minimum contacts in this judicial district that the exercise of such jurisdiction comports with traditional notions of fair play and substantial justice.

4. Pursuant to 28 U.S.C. § 1391, venue is properly laid in this district because Defendants conduct substantial, systematic and continuous activity in this district and the transactions and/or occurrences underlying this action occurred in the Eastern District of Pennsylvania.

5. In conjunction with the filing of this complaint, Relator has served a copy of same upon the United States and has complied with all other conditions precedent to bringing this action.

## PARTIES

6. The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

7. Relator is a citizen of the United States and a resident of the State of Pennsylvania. Relator became employed by Defendant Salus University on or about March 15, 2018 as business officer manager.

8. Relator's responsibilities including managing the billing of procedures to third-party payers, including Medicare, Medicare Advantage plans, and Medicaid.

9. Defendant is a private university specializing in Optometry through its division The Eye Institute, with additional programs in Audiology and Speech Language Pathology.

10. Relator is an original source of this information to the United States. She has direct and independent knowledge of the information on which the allegations are based and has voluntarily provided the information to the Government.

## FACTUAL BACKGROUND

11. The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

12. The vast majority of Defendant's patients use Medicare, Medicare Advantage, or Medicaid third-party payers as health insurers to pay for the medical services they receive from Defendant.

13. Relator's duties included reviewing and auditing billing records submitted by Defendant to Medicare, Medicare Advantage Plans, and Medicaid programs.

14. Shortly after beginning her employment, Relator became aware that Defendant had a practice of submitting fraudulent bills to its third-party payers, including Medicare, Medicare Advantage plans, and Medicaid.

15. As explained in more detail below, these issues fell into the following categories:

    a. **Category 1 (Unlawfully charging patients copayments and other charges):** Charging copayments, coinsurance and other charges to patients when such charges were prohibited by Medicare, Medicare Advantage, and Medicaid (for instance, because the individual was a Qualified Medicare Beneficiary, or because the specific Medicare Advantage plan prohibited copayments/coinsurance), and unlawfully retaining such money;

3

b. **Category 2 (Failing to apply payments received from patients to patient bills):** Defendant would charge patients at/or before their visit, failed to apply this money to the patients' bills, and then billing patients for the money that had already been paid;

c. **Category 3 (Improper use of Modifiers 25, 58, and 59 to unbundle):** Improperly coding examinations and/or procedures with Modifiers 25, 58, and 59 in order to improperly unbundle procedures in order to increase reimbursements in violation of Medicare, Medicare Advantage, and Medicaid billing rules.

d. **Category 4 (Upcoding Code 99203 to Code 99204):** The automatic upcoding of Level 3 Exams which should have been billed under Code 99203 to the higher-paying Code 99204, which is limited to Level 4 exams which qualify for billing as such.

16. Specifically, Relator learned about the Category 1 issues early in her employment and attempted to correct this issue by reimbursing patients for improper copays.

17. However, Relator was not provided with sufficient staff or resources to correct the Category 1 claims.

18. Moreover, Defendant's staff continued to improperly charge copayments and other charges who were not permitted to be billed these charges under Medicare, Medicare Advantage, and Medicaid rules.

19. Later, as Relator continued to audit claims from prior to her time working for Defendant, she determined that Defendant was improperly and systematically using Modifiers 25,

58 and 59 to unbundle examinations and procedures in order to increase reimbursements from third-party payers, including Medicare, Medicare Advantage, and Medicaid.

20. Finally, shortly before Relator's employment ended, Relator discovered that Defendant's billing system had created an automatic software rule in its billing system which automatically upcoded examinations which Defendant's providers coded as a Level 3 exam to instead be billed out to third-party payers as a Level 4 exam with CPT Code 99204.

21. Relator brought the Category 4 issue to the attention of her supervisors, who suggested that the automatic upcoding rule was "a mistake."

22. Over the course of her employment, Relator brought these issues to the attention of her supervisors and the senior leadership of Defendant.

23. In December 2019, Defendant alerted Relator that she would be laid off in or around the 1st quarter of 2020.

24. Defendant terminated Relator related to a not-for-cause reduction-in-force on or around March 6, 2020.

## Specific Examples of Misconduct

## Category 1 (Unlawfully charging patients copayments and other charges)

25. Third-party payers, including Medicare, Medicare Advantage, and Medicaid plans, have specific rules for copayments, coinsurance, and other charges which are requirements of these programs.

26. For instance, by way of example only, where an individual is eligible for both Medicare and Medicaid, the individual is deemed a "Qualified Medicare Beneficiary" and is not permitted to be charged any premiums, deductibles, or copayments.

27.    Nevertheless, Defendant's staff would routinely charge patients copayments even where the third-party payer did not permit same.

28.    By way of example, Patient A was seen by Defendant on November 13, 2017, and treatment which was billed as two services billed as one unit of 92014 and one unit of 92015. *See* Exhibit A.

29.    Patient AC's third-party payer, Aetna Medicare HMO (a Medicare Advantage payer), approved a payment for unit 92014 and specified and no coinsurance was allowed for this claim. *See* Exhibit B.

30.    Nevertheless, Patient AC was charged a $20 copayment for these procedures on November 13, 2017. *See* Exhibit C.

31.    This amount is recorded as a negative balance of $20 owed to Patient A on his patient chart contained in Defendant's billing records. *See* Exhibit C.

32.    As of January 13, 2020, this amount had not been reimbursed to Patient A.

33.    This same patient, Patient AC, received treatment on December 12, 2018, which was billed to his insurance as one unit of 92015 and one unit of 92014. The patient's insurance, Aetna Medicare HMO, provided an explanation of benefits which paid the claim but specified that no copayment or deductible was permitted. Nevertheless, the patient's billing records show that the patient was charged $30 by Defendant on the day of service, and Defendant retained this amount as a negative balance owed to Patient AC as of January 13, 2020. *See* Exhibit D.

34.    Relator can identify hundreds of similar transactions in which patients were charged despite no charge being permitted by the rules of their respective third-party Medicare, Medicare Advantage, or Medicaid payers.

35.     The third-party Medicare, Medicare Advantage, and Medicaid payers would not have approved and paid these claims if the payers knew Defendant was routinely and systematically charging patients copayments and charges which were not allowed under these plans.

## Category 2

### (Failing to apply payments received from patients to patient bills)

36.     Defendant also improperly retained moneys from patients by systematically failing to apply such payments to patients' bills.

37.     For instance, on June 3, 2019, Patient B was seen for an emergency visit, where she was charged a $45 fee. Nevertheless, this amount was never applied to any bills/procedures, and remained as a negative balance owed to the patient. Accordingly, at the time she was billed for this procedure, she was billed as if this amount had never been paid. *See* Exhibit E.

38.     Likewise, on May 5, 2018, Patient C was charged $45 in connection with an examination. Nevertheless, this amount was never applied to any bills/procedures, and remained as a negative balance owed to the patient. Accordingly, at the time she was billed for this procedure, she was billed as if this amount had never been paid. *See* Exhibit F.

## Category 3

### (Improper use of Modifiers 25, 58, and 59 to unbundle):

39.     Defendant also systematically misused the billing modifiers 25, 58, and 59 in order to unbundle services and receive increased and improper payments related to connected services.

40.     When CPT Modifier 25 is used properly, it is used to identify a significant, separately identifiable evaluation and management service by the same physician on the same day of the procedure or other service.

41.   However, visits on the day of a minor surgery, which includes Laser Trabeculoplasty (ICD-10-CM Diagnosis: 65855) are part of the global surgery package unless there is a separately identifiable reason for the visit.

42.   Defendant improperly unbundled visits which occurred on the same day of minor surgery in order to increase their reimbursement amounts.

43.   By way of example, Patient D received a Laser Trabeculoplasty on December 5, 2017, and also had an examination that same day. *See* Exhibit G.

44.   The HCA 1500 bill for this Patient showed three ICD-10-CM diagnoses (*see id.*):

   a.   H401132: Primary open-angle glaucoma, bilateral, moderate stage;

   b.   H401112: Primary open-angle glaucoma, right eye, moderate stage;

   c.   H25813: Combined forms of age-related cataract, bilateral;

45.   The examination was coded as being related to bilateral glaucoma, while the procedure was coded as being related to right-eye glaucoma. *See id.*

46.   Accordingly, the visit was not for a separately identifiable reason and should not have been billed separate from the Trabeculoplasty.

47.   However, because the examination was coded with modifier 25, Medicare paid $33.66 for this examination. *See id.*

48.   Similarly, Defendant regularly coded follow-up procedures as part of a staged procedure using modifiers 58 for original and follow-up procedures where no staging was necessary or appropriate.

49.   For instance, on July 17, 2018, Patient E received a YAG Laser Capsulotomy procedure billed to Medicare under CPT Code 66821. *See* Exhibit H.

50. Services billed as CPT Code 66821 include 1 or more stages, and have a global billing period of 90 days, which prohibits separate billing for follow-ups.

51. Nevertheless, on July 24, 2018, Patient E received a second YAG Laser Capsulotomy, which was billed to Medicare under CPT Code 66821 with Modifier 58 and Modifier 59 added. *See id.*

52. Medicare paid for both procedures but should not have paid for the second procedure. *See id.*

53. Defendant also improperly used Modifier 59 to improperly unbundle examinations from procedures performed on the same day.

54. Modifier 59 is used to indicate that a procedure or service was distinct from other procedures or services performed the same day.

55. Defendant nevertheless used Modifier 59 to separately bill for services which were not in fact separate and distinct.

56. For instance, on April 12, 2018, Defendant saw Patient F for an examination (CPT Code 92014), a diagnostic test (CPT Code 92134), and a YAG Laser Capsulotomy surgery (CPT Code 66821). *See* Exhibit I.

57. Defendant improperly used modifier 25 to identify the examination as separate and distinct from the surgery. *Id.*

58. Defendant improperly used modifier 59 to identify the diagnostic test as separate and distinct from the surgery. *Id.*

59. Medicare paid for all three procedures. *Id.*

60.     Medicare would not have paid the amount it did for all three procedures had Defendant not improperly used Modifier 25 and Modifier 59 for the examination and the diagnostic test.

61.     The above are mere examples of Defendant's common practice of using Modifiers 25, 58, and 59 to improperly unbundle services in order to increase the amount of money they receive from Medicare, Medicare Advantage Plans, and Medicaid third-party payers.

## Category 4

### (Upcoding Code 99203 to Code 99204)

62.     On or around March 1, 2020, shortly before the termination of her employment, Relator discovered that Defendant was systematically—and without the knowledge of the providers—upcoding Level 3 E/M visits to Level 4, thereby improperly increasing the amount Relator was paid for routine office visits.

63.     Defendant's providers code their E/M visits on a scale of 1-5 based on the length and complexity of the examination.

64.     Medicare and other third-party payer rules which provide that new patient ophthalmological examinations be graded based on length and complexity as to one of five scales. These five different scales are billed to Medicare and other third-party payers under CPT Codes 99201, 99202, 99203, 99204, and 99205.

65.     However, when a provider codes the E/M visit as a Level 3 visit with a CPT Code of 99203, Defendant created a software program within its billing software that automatically upcoded these services to CPT Code 99204, which is reserved for Level 4 E/M visits.

66.     This upcoding is invisible to the provider and many individuals working in the billing department because two codes used system still refer to these visits in a way that suggests

10

they will be billed correctly. Specifically, the service is tagged with a field called "Service Item" which lists as its value "99203," and with a field called Service Item Description with a value of "NP Exam Level 3."

67. Nevertheless, because of the software program put in place, these exams were billed to Medicare under CPT Code 99204.

68. For example, on January 23, 2020, Patient G received an NP Exam Level 3. *See* Exhibit J.

69. However, this examination was billed not under CPT 99203 (the correct code) but was rather upcoded to CPT Code 99204. *See id.*

70. This is merely a single example of Defendant's widespread and systematic upcoding of its NP Exam Level 3 examinations to CPT 99204, which is properly reserved for Level 4 examinations.

## COUNT I
## VIOLATIONS OF THE FALSE CLAIMS ACT

71. The foregoing paragraphs are incorporated herein in their entirety as if set forth in full.

72. Defendant submitted and continue to submit bills to the United States government, through its Medicare program, for the above services and types of services.

73. With respect to the improper unbundling of examinations which were not separate and distinct from surgeries performed the same day, Defendant knew that it was not permitted to unbundle these examinations through the improper use of billing modifiers, but nevertheless did so.

74. With respect to the upcoding of examinations which providers intended to bill as Level 3 examinations but which Defendant billed as Level 4 examinations, Defendant knew that it was upcoding these examinations and that this was improper.

75. With respect to the improper charging and/or retention of patient copayments and other charges which it was not entitled, by enrolling in Medicare, Defendants certified that they would comply with Medicare "laws, regulations, and program instructions," and further certified that they "understand that payment by Medicare is conditioned upon the claim and underlying transaction complying with such laws."

76. Defendant's patient billing was material to the United States of America's decision to pay Defendant for these services.

77. Defendants unlawfully and fraudulently certified that the aforementioned services were performed in accordance with Medicare requirements.

78. Defendants' falsity regarding its compliance with patient copayment and coinsurance payment requirements was material in the United States paying for services which Defendants billed to the United States.

**WHEREFORE**, Relator Margaret Reynard, on behalf of herself and the United States Government, prays that this Court enter an Order providing that:

A. This Court enter a judgment against Defendants in an amount equal to three times the amount of damages the United States has sustained as a result of Defendants' violations of the False Claims Act;

B. That this Court enter a judgment against Defendants for a civil penalty of $10,000 for each of Defendants' violations under the False Claims Act;

C.     Relator Margaret Reynard recover all costs of this action, with interest, including the cost to the United States Government for its expenses related to this action;

D.     Relator Margaret Reynard be awarded all reasonable attorneys' fees in bringing this action;

E.     In the event the United States Government proceeds with this action, Relator be awarded an amount for bringing this action of at least 15% but not more than 25% of the proceeds of this action;

F.     In the event the United States Government does not proceed with this action, Relator be awarded an amount for bringing this action of at least 25% but not more than 30% of the proceeds of this action;

G.     Relator be awarded pre-judgment interest;

H.     A trial by jury be held; and

I.     Relator and the United States of America receive any and all relief to which either or both may be entitled at law or in equity.

Respectfully submitted,

**SWARTZ SWIDLER LLC**

By:     /s Joshua S. Boyette
          Joshua S. Boyette
          1101 Kings Hwy Ste 402
          Cherry Hill, NJ 08034
          (856) 283-3525

Dated: April 3, 2020

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA, ex rel. Margaret Reynard

**DEFENDANTS**
SALLUS UNIVERSITY

**(b)** County of Residence of First Listed Plaintiff   Delaware County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Montgomery County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Swartz Swidler, LLC, Joshua S. Boyette, Esq.
1101 Kings Hwy N Ste 402 Cherry Hill NJ 08034
Ph: 856-685-7420 Fax: 856-685-7417 jboyette@swartz-legal.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 3  Federal Question
  *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violations of the False Claims Act
Brief description of cause:
Fraud

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   04/03/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

UNITED STATES OF AMERICA, ex rel.
Margaret Reynard
      v.

SALLUS UNIVERSITY

:
:
:
:
:
:

CIVIL ACTION

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  (X )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )

| 4/3/2020 | | Plaintiff |
| --- | --- | --- |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 856-685-7420 | 856-685-7417 | jboyette@swartz-legal.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 42 Dresner Circle, Upper Chichester, PA 19061

Address of Defendant: _____ 8380 Old York Rd., Elkins Park, PA 19027

Place of Accident, Incident or Transaction: _____ 8380 Old York Rd., Elkins Park, PA 19027

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?
   Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 04/03/2020 _____ _____ 309863
_____ Must sign here _____ Attorney I.D. # (if applicable)
*Attorney-at-Law / Pro Se Plaintiff*

---

**CIVIL: (Place a √ in one category only)**

**A.  Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases
    *(Please specify):* _____ False Claims Act

**B.  Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Joshua S. Boyette, Esq. _____, counsel of record or pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 04/03/2020 _____ _____ 309863
_____ Sign here if applicable _____ Attorney I.D. # (if applicable)
*Attorney-at-Law / Pro Se Plaintiff*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

# EXHIBIT A
(Filed under seal)

SAMPLE

Aetna Medicare HMO
Po Box 981106

El Paso, TX  79998

X                                            MEBJTHMN

X

X                                            SAME

NONE

X                    02   14   48

X

X

Signature On File                  01/13/2020              SIGNATURE ON FILE

X

H524          E119          H53032          0

| 11132017 | 11132017 | 11 | 92015 | | A | 15 00 | 1 | 1780691857 |
|----------|----------|----|-------|---|---|-------|---|------------|
| 11132017 | 11132017 | 11 | 92014 | | B | 158 00 | 1 | 1780691857 |

X     000100557031     X              173 00          173  00

The Eye Institute At Oak Lane        The Eye Institute
1200 West Godfrey Avenue              1200 West Godfrey Aveneue
Philadelphia PA  19141-3323          Philadelphia PA  19141-3323
                                     (215) 276-6000

Nyman, Neal
01/13/2020                                      1336160027

# EXHIBIT B

(Filed under seal)

*Explanation of Benefits/Transaction Details*

Aetna Medicare HMO
Po Box 981106
El Paso  TX  79998

The Eye Institute
1200 West Godfrey Avenue

Philadelphia  PA  191413323

Check/EFT #:CHK#161116170012212
Check Date:
Check Amt:
NPI Provider#:1780691857

Patient: ███████████
HIN: MEBJ7HMN
Patient Control Number: 000100557031
ICN#:
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2017-11/13/2017 | 1.00 | 92014 | 158.00 | 0 | 0 | 0 | 49 | 108 | |
| 11/13/2017-11/13/2017 | 1.00 | 92015 | 15.00 | 0 | 0 | 0 | 15 | 0 | |
| Totals: | | | 173.00 | 0 | 0 | 0 | 64 | 109 | |

# EXHIBIT C
(Filed under seal)



# EXHIBIT D
(Filed under seal)

Aetna Medicare HMO
Po Box 981106

El Paso, TX 79998



X      MEBJTHMN

X

X      SAME

NONE

X    02 14 48

X

X

Signature On File      01/13/2020      SIGNATURE ON FILE

12 12 18    431

DN  Bhawanjot Minhas    OTH000
1174963292

X

H5203    E119    H50112    0  H53032

39D2144439

| 12122018 | 12122018 | 11 | 92015 | | A | 15 00 | 1 | 1174963292 |
|---|---|---|---|---|---|---|---|---|
| 12122018 | 12122018 | 11 | 92014 | | B | 158 00 | 1 | 1174963292 |

  X  000100617609  X    173 00    173 00

The Eye Institute at Oak Lane
1200 West Godfrey Avenue
Philadelphia PA 19141-3323

Minhas, Bhawanjot
01/13/2020

The Eye Institute
1200 West Godfrey Aveneue
Philadelphia PA 19141-3323
(215) 276-6000
1336160027

# Explanation of Benefits

AETNA
151 FARMINGTON AVENUE
HARTFORD, CT   06156

Page 1

PENNSYLVANIA COLLEGE OF OPTOMET
14664 COLLECTIONS CENTER
CHICAGO, IL   606930146

Check/EFT #: 161218180010138
Check Date: 12/21/2018
Check Amt: 148.01
NPI Provider#: 1336160027

Patient: ███████████
HIN: MEBJTHMN
Patient Control Number: 000100617609
ICN#: 181217E438510000
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/2018-12/12/2018 | 1.00 | 92015 | 15.00 | 0 | 15.00 | 0 | 14.70 | 0.30 | CO253 |
| 12/12/2018-12/12/2018 | 1.00 | 92014 | 158.00 | 0 | 136.03 | 0 | 133.31 | 21.97 | CO45 |
| Totals: | | | 173.00 | 0 | 151.03 | 0 | 148.01 | 22.27 | |

Remark Codes: N6
Reason Codes: CO253-.3
Reason Codes: CO253-2.72; CO45-21.97

HIPAAX12 Code List Summary:
CO253 - Sequestration-reduction In Federal Spend
CO45 - CHARGES EXCEED FEE ARRANGEMENT

Patient Chart - Adams, Clayton

File  Edit  Tasks  Reports  Admin  Window  Help

Person Number: 31098    Medical Record Number: 31098    Other ID Number: 345422

Default Guarantor:
Patient Status:
Primary Care Provider:

Financials

| Posted | End Date | DM Description | ICD-1 | Diagnoses | Level | Dx | | | |
|--------|----------|---------------|-------|-----------|-------|-----|---|---|---|
| 12/14/18 | 12/13/18 | 12/13/2018 RETRACTION | | | | | | | |
| 12/13/18 | 12/13/18 | EX Compensation | 92615 | 1.00 | 194.00 | Org | | | |
| 12/13/18 | 12/12/18 | Patient Payment Credit Card | | | 30.00 | Pier | 0.00 Age Cr. 30497 | | |
| 07/25/18 | 7/24/18 | Contractual Adjustment | | | 0.00 | Adj | 0.00 CN# 18/12/818000 90 ECN 18/127630/85000 | | |
| 07/25/18 | 12/21/18 | Contractual Adjustment | | | 0.00 | Adj | 0.00 CN# 18/127818000 80 ECN 18/127630/85000 | | |
| 07/25/18 | 12/21/18 | Contractual Payment | | | 113.70 | Pier | 0.00 CN# 18/127818000 80 ECN 18/127630/85000 | | |
| 07/25/18 | 12/21/18 | Contractual Payment | | | 14.70 | Pier | 0.00 CN# 18/127818000 80 ECN 18/127630/85000 | | |
| 07/25/18 | 12/21/18 | Medicare Sequestration Adjust. | | | 2.72 | Adj | 0.00 CN# 18/12818000 90 ECN 18/127631/85000 | | |
| 07/25/18 | 12/21/18 | Medicare Sequestration Adjust. | | | 0.30 | Adj | 0.00 CN# 18/12818000 80 ECN 18/127631/85000 | | |
| 01/05/18 | 01/06/18 | Contractual Payments | | | 25.97 | Pier | 0.00 | | |
| 01/05/18 | 01/06/18 | Contractual Adjustment | | | 0.00 | Pier | 0.00 | | |
| 03/14/18 | 03/17/18 | 2Gpplied Procedure/Invoice Det. | | | 30.00 | Pier | 0.00 | | |
| 03/14/18 | 03/11/18 | 2Gpplied Procedure/Invoice Ch. | | | 20.00 | Pier | 0.00 | | |

Encounter Financial Summary

| Charges | Unapplied | Payments | Adjustments | Refunds | Bad Debt | Encounter Total Amt Owed | |
|---------|-----------|----------|-------------|---------|----------|--------------------------|---|
| $171.30 | $0.00 | $147.00 | $24.79 | $0.00 | $0.00 | 0 | Balance  $3.00 |

Encounter Information
Enc. Insurance: Aetna Medicare HMO
Rendering:
Guarantor:

# EXHIBIT E
(Filed under seal)

MediTrac State University

Patient Chart

File Edit Tools Reports Admin Window Help

Patient Number: 166090    Medical Record Number: 166090    Other ID Number: 21152

Contact:

Contact Preference : Home Phone

Default Guarantor:
Patient Status:
Primary Care Provide ... Temple Family Medici ...

**Encounter Information**
Enc. Insurance : Keystone 65 HMO
Rendering : Lin, Allie
Guarantor :

Cell Phone :
Family Access ...
Point Stand 1 ... Y

| Encounters | Erin Date | | | | | |
|---|---|---|---|---|---|---|
| | 08/02/2019 | | | | | |
| | 07/23/2018 | | | | | |
| | 02/14/2019 | | | | | |
| | 04/20/2018 | | | | | |

Transactions

| Service | Control | Svc Date | Submitted Claims | CPT | Dx | Amount | Paid | Pat | Tracking Claim | Reason | Rem & BI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06/03/19 | 06/03/19 | Patient Payment Cash Check | | | | | | | | |

Encounter Financial Summary

| Charges | Unpaid | Payments | Adjustments | Refunds | Bad Debt | Encounter Total Amount Due |
|---|---|---|---|---|---|---|
| $0.00 | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 | 0 |

**Medical Sales University**

File Edit Tools Reports Admin Window Help

Parish Number: 166698   Medical Record Number: 166698   Other ID Number: 21352

Contact:
Contact Preference: Home Phone
Primary Care Provider... Transfer Family Medici...

Default Guarantor:
Patient Status:

Call Phone:
Family Access:
Print 2nd I... Y

**Encounter Information**
Enc. Insurance:
Functioning:
Guarantor:
Clinical History/Notes:

| Date/Time | Event | Location | Status | Resources | Confirmed | Deleted | Released | Routed | Location Address |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

# EXHIBIT F
(Filed under seal)

MedTrak.com Entertainment
File Edit Tasks Reports Admin Window Help

Patient Chart

Contact:
Contact Preference: Cell Phone

Person Number: B7299   Medical Record Number: B7297   Other ID Number: B23422

Default Guarantor:
Patient Status:
Primary Care Provider:

Cell Phone:
Family/Arrears:
Point Sheet L... Y

Encounter Information
Enc. Insurance: Keystone 65 HMO
Residence:
Guarantor: LeeAnn Starshak

Transactions

| Charge | Start Date | Self Disposition | Self Payment (Cash) | | | | | OFF | Dbl | Annot | Type1 | Dis | Turkey/Det... | | Dental Benefit Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Encounter Financial Summary

| Charges | Uncollected | Payments | Adjustments | Refunds | Bad Debt | Encounter Total Amt (Avg) |
|---|---|---|---|---|---|---|
| $0.00 | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 | 0 |

Encounter Number
Encounter Date

Total Encounter Units

Total Encounter Units: $45.00

Patient Chart

3/5/2020 10:13:28 AM

# EXHIBIT G
(Filed under seal)

Medicare
Po Box 890418

Camp Hill, PA  17089-0418

X                                                                207642363a

Nelson Devon R                      03   06   1954   X

6700 N Lawrence St                          X

Philadelphia                     PA

19126              215   668 0746

                                                    NONE

                                        X              03   06   54

                                        X

                                        X


     Signature On File                  03/02/2020         SIGNATURE ON FILE


                                                    X
                                        0
H401132        H401112        H25813        E119


12052017   12052017   11    65855   RT        B        1,250 00  1         1225092315
12052017   12052017   11    99212   25        A          56 00  1         1225092315


231413680        X    000100559798    X            1,306 00              1,306  00

Lewis, James
03/02/2020

The Eye Institute At Oak Lane        The Eye Institute
1200 West Godfrey Avenue             1200 West Godfrey Aveneue
Philadelphia PA  19141-3323          Philadelphia PA  19141-3323
                                     (215) 276-6000
                                       1336160027     231413680

# *Explanation of Benefits*

NOVITAS SOLUTIONS, INC.
PO BOX 3413
MECHANICSBURG, PA    170551852

SALUS UNIVERSITY
BILLING DEPARTMENT
PHILADELPHIA, PA    191413323

Check/EFT #: 894145587
Check Date: 01/30/2018
Check Amt: 3891.48
NPI Provider#: 1336160027

Patient: NELSON, DEVON
HIN: 207642363A
Patient Control Number: 000100559798
ICN#: 1118016481070
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 12/05/2017-12/05/2017 | 1.00 | 65855 RT | 1250.00 | 50.20 | 250.98 | 0 | 188.89 | 3.86 | CO253 |
| 12/05/2017-12/05/2017 | 1.00 | 99212 25 | 56.00 | 8.95 | 44.73 | 0 | 33.66 | 0.69 | CO253 |
| **Totals:** | | | **1306.00** | **59.15** | **295.71** | **0** | **222.55** | **4.55** | |

Claim Level Adjudication Codes: MA01;
Remark Codes: N700 , N699 , N701 , N700 , N699 , N701
Reason Codes: CO45-985.98; CO237-21.07; CO253-3.86; PR2-50.2
Reason Codes: CO45-8.95; CO237-3.75; CO253-0.69; PR2-8.95

HIPAAX12 Code List Summary:
CO237 - Legislated/Regulatory Penalty. At least
CO253 - Sequestration - reduction in federal spe
CO45 - Charges exceed fee arrangement
PR2 - Coinsurance amount

MediSoft Sales University

File Edit Tools Reports Admin Window Help

Charge Posting: Nelson, Devon

Patient: Nelson, Devon

| | | |
|---|---|---|
| Encounter: | 555298 | 12/05/2017 Bad Debt |
| Svc Dates: | 12/05/2017 | 12/05/2017 |
| Svc Item: | 99212 | Est Patient Exam Level 2 |
| CPT4: | 99212 | 25 |
| Quantity: | 1 | |
| Unit/Override: | 56.00 | |
| Extended: | 56.00 | |

Process Dr:

Diag: H40.1132

H25.813

E11.9

Diagnosis:

Primary Open-angle Glaucoma, Bilateral, Moderate Stage

Combined Forms Of Age-related Cataract, Bilateral

Type 2 Diabetes Mellitus Without Complications

Rendering: Lewis, James

Place Svc: Office

Hand/Drawn:

Notes/Bat:

ST/Bat: Bad Debt

Location: The Eye Institute of Oak Lane

Created: Velez, Sudip 12/27/2017 3:31 P
Modified: Parthasarathy, Suresh 02/28/2019 4:25 P
Process Date: 12/21/2017

2 of 2

New | Open

| Date | Svc Item | S | Charge | Payment | Adjustment | Ins 1 | Ins 2 | Ins 3 | Pat Amt |
|---|---|---|---|---|---|---|---|---|---|
| 12/05/2017 | 99895 Laser Trabeculoplasty | A | 1,250.00 | 188.89 | 1,061.11 | R | R | R | |
| 12/05/2017 | 99212 Est Patient Exam Level 2 | A | 56.00 | 33.66 | -22.34 | R | R | R | |

Totals | 1,306.00 | 222.55 | 1,083.45 | 0.00 | 0.00 | 0.00 | 0.00

Save | Save & Exit | Cancel | Delete | Close

EXHIBIT H
(Filed under seal)

Medicare
Po Box 890418

Camp Hill, PA  17089-0418

X



8YQ0RK2TU36

X

X

PA

X          11   10   49

X

X

Signature On File              03/04/2020          SIGNATURE ON FILE

X

H26493                              0

07172018    07172018    11    66821    LT          A          950 00  1          1225092315

X    000100591197    X                    950 00              950  00

The Eye Institute at Oak Lane
1200 West Godfrey Avenue
Philadelphia PA  19141-3323

The Eye Institute
1200 West Godfrey Aveneue
Philadelphia PA  19141-3323
(215) 276-6000

Lewis, James
03/04/2020

1336160027    231413680

*Explanation of Benefits*

NOVITAS SOLUTIONS, INC.
PO BOX 3413
MECHANICSBURG, PA   170551852                                    Page 1

SALUS UNIVERSITY
1200 W GODFREY AVENUE
PHILADELPHIA, PA   191413323

Check/EFT #: 894909693
Check Date: 08/15/2018
Check Amt: 1579.97
NPI Provider#: 1336160027

Patient: ██████████████
HIN: 8YQ0RK2TU36
Patient Control Number: 000100591197
ICN#: 1118213498470
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2018-07/17/2018 | 1.00 | 66821 LT | 950.00 | 68.40 | 342.01 | 0 | 262.78 | 5.36 | CO253 |
| Totals: | | | 950.00 | 68.40 | 342.01 | 0 | 262.78 | 5.36 | |

Claim Level Adjudication Codes: MA01; MA18; N793;
Remark Codes: N700 , N699 , N701
Reason Codes: CO45-590.22; CO237-23.24; CO253-5.36; PR2-68.4

HIPAAX12 Code List Summary:
CO237 - Legislated/Regulatory Penalty. At least
CO253 - Sequestration-reduction In Federal Spend
CO45 - CHARGES EXCEED FEE ARRANGEMENT
PR2 - COINSURANCE

1ST SURG

MedGen Salus University

File Edit Tools Reports Admin Window Help

Patient Chart

Contact/Preference | Home Phone

Person Number: 20282  Medical Record Number: 20288  Other ID Number: 913592

Default Guarantor
Primary Care Provider:

| Encounters | | | |
|---|---|---|---|
| | Enc Date | | |
| | 07/24/2018 | | |
| | 07/17/2018 | | |
| | 05/04/2018 | | |

Patient Information

Cash Project
Family Avenue
Joint Street

Encounter Information
Enc Insurance: Medicare
Rendering:
Guarantor:
Special Notice Notes:

| Transactions | Created | Svc Date | SM Procedure | CPT 4 | Qty | Amount | Type | Deductible | Tracking Desc | Transaction | Result | Reason | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/31/18 | 07/31/18 | VAG Lesns | 6982 L1 | 1.10 | $56.00 | Chg | | | | | | |
| | 07/31/18 | 07/25/18 | Contractual Adjustm... | | | 590.22 | Adj | 0.00 Auto-Adjustment Batch | | | | |
| | 08/17/18 | 08/17/18 | Contractual Adjustm... | | | 590.22 | Adj | 0.00 CMS 15490633 ICN 111... | | | | |
| | 08/17/18 | 06/15/18 | Contractual Adjustm... | | | 0.00 | Adj | 0.00 CMS 15490633 ICN 111... | | | | |
| | 08/17/18 | 06/15/18 | Contractual Adjustm... | | | 0.00 | Adj | 0.00 CMS 15490633 ICN 111... | | | | |
| | 08/17/18 | 06/15/18 | Contractual Payment | | | | | 0.00 CMS 15490633 ICN 111... | | | | |
| | 08/17/18 | | Medicare Receipt | | | | | | | | | |
| | 08/17/18 | | Medicare Receipt | | | | | | | | | |
| | 08/17/18 | | Medicare Adjustm... | | | 55.00 | Adj | 0.00 CMS 15490633 ICN 111... | | | | |
| | 08/17/18 | | Contractual Adjustm... | | | 590.22 | Adj | 0.00 Revenue Transaction Batch | | | | |
| | 08/24/18 | | Contractual Payment | | | 490.00 | Pmt | 0.00 CMS 15290743 ICN 21... | | | | |

| Encounter Financial Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Charges | Unbundled | Payments | Adjustments | Refunds | Bad Debt | Encounter Deductible | Balance |
| $250.00 | $0.00 | $331.18 | $578.82 | $0.00 | $0.00 | 0 | $0.00 |

Encounter Number
Encounter Date

| General | Insurance | Transactions | No Shows | Data Mgmt |

NextGen Sales University

File Edit Tools Reports Admin Window Help

Charge Posting

Patient

Encounter: 591591 07/17/2018 Murray

Svc Dates: 07/17/2018 07/17/2018

Svc Item: 66821 1960 Laser

CPT4: 66821

Quantity: 1

Units/Override:

Extended: 950.00 950.00

Places Dx

Diag HCA 453

Other Secondary Delivery Ordered

Diagnosis C0B1 Alt Dx C0B2 Pri Dx C0B3 L49m Provider Dx

Rendering Lewis Jones

Place Svc: Office
Nat/Ovm:
Notes/Rvm:
Status: History
Location: The Eye Institute of Oak Lawn

Created: Stokes, Lawanda 07/31/2018 11:31 A
Modified: Jackson, Daniel 08/30/2018 1:59 P
Process Date: 7/31/2018

1 of 1

New Open

Svc Item Charge Payment Adjustment Ins 1 Ins 2 Ins 3 Pat Amt

07/17/2018 66821 1960 Laser 950.00 -519.18 -18.82 0.00 0.00 0.00 0.00

Total: 950.00 -519.18 -18.82 0.00 0.00 0.00 0.00

Live Item Balance 0.00

Posting

NORMAL 100806 Version 5.5.3.00 03/04/20 11:29 AM

Medicare
Po Box 890418

Camp Hill, PA  17089-0418



X

8YQ0RK2TU36

X

X

PA

X                 11   10   49

X

X

Signature On File                    03/02/2020            SIGNATURE ON FILE

07   24   2018       431

DK    LEWIS JAMES

OTH000
1225092315

X

0

H26493

07242018     07242018     11      66821    58  59  LT     A       950 00  1        1225092315

X    000100592531      X                    950 00              950  00

The Eye Institute at Oak Lane
1200 West Godfrey Avenue
Philadelphia PA  19141-3323

The Eye Institute
1200 West Godfrey Aveneue
Philadelphia PA  19141-3323
(215) 276-6000

Lewis, James
03/02/2020

1336160027     231413680

*Explanation of Benefits*

NOVITAS SOLUTIONS, INC.
PO BOX 3413
MECHANICSBURG, PA    170551852                                    Page 1

SALUS UNIVERSITY
1200 W GODFREY AVENUE
PHILADELPHIA, PA    191413323

Check/EFT #: 894981766
Check Date: 09/04/2018
Check Amt: 3921.13
NPI Provider#: 1336160027

Patient: ▮▮▮▮▮▮▮▮
HIN: 8YQ0RK2TU36
Patient Control Number: 000100592531
ICN#: 1118232280330
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 07/24/2018-07/24/2018 | 1.00 | 66821 58 59 LT | 950.00 | 68.40 | 342.01 | 0 | 262.78 | 5.36 | CO253 |
| **Totals:** | | | *950.00* | *68.40* | *342.01* | *0* | *262.78* | *5.36* | |

Claim Level Adjudication Codes: MA01; MA18; N793;
Remark Codes: N700 , N699 , N701
Reason Codes: CO45-590.22; CO237-23.24; CO253-5.36; PR2-68.4

HIPAAX12 Code List Summary:
CO237 - Legislated/Regulatory Penalty. At least
CO253 - Sequestration-reduction In Federal Spend
CO45 - CHARGES EXCEED FEE ARRANGEMENT
PR2 - COINSURANCE

NextGen - Sales Numerics - Patient Chart

File Edit Table Inspect Action Window Help

Person Number: 267282 | Medical Record Number: 207260 | Other ID Number: 98.9592

Contact
Contact Preferences: Never Phone
Primary Care Provider:

Default Guarantor:
Patient Status:

Person Information

Financial

Cell Phone:
Family Access:
Prim. Ident: ... Y

Encounter Information
Enc. Insurance: Medicare
Rendering:
Guarantor:
Lewis, Jones

| Date(s) | Svc Date | Ste Descrption | CPT4 | Qty. | Amount | Ded. | Ded/col | Tracking Claim | Reason | Remittal |
|---------|----------|----------------|------|------|--------|------|---------|----------------|--------|----------|
| 08/13/18 | 08/13/18 | Viral Lesion | 68825-5959 | 1.00 | 550.00 Chg | | 0.00 Auth Adjustment (Eqt) | | | |
| 08/13/18 | 08/13/18 | Contractual Adjustm.. | | | 599.22 Ad.. | | 0.00 CR63 | 11182/2580100 | | |
| 05/14/18 | 05/14/18 | Contractual Adjustm.. | | | 0.30 Ad.. | | 0.00 CR45 | 11182/2580100 | | |
| 05/12/18 | 05/12/18 | Contractual Adjustm.. | | | 0.00 Ad.. | | 0.00 CR45 | 11182/2580100 | | |
| 09/04/18 | 09/04/18 | Contractual Adjustm.. | | | 0.00 Ad.. | | 0.00 CR45 | 11182/2580100 | | |
| 05/12/18 | 05/12/18 | Contractual Payment | | | 282.78 Pmt | | 0.00 CR45 | 11182/2580100 | | |
| 09/04/18 | 09/04/18 | Medicare Sequestra.. | | | 5.38 Adj | | 0.00 CR63 | 2101039608 | | |
| 08/13/18 | 08/13/18 | Contractual Adjustm.. | | | 0.00 Adj | | 0.00 CR45 | 2101039608 | | |
| 09/04/18 | 09/04/18 | Contractual Payment | | | 68.60 Pmt | | 0.00 CR45 | 2101039608 | | |

Encounter Financial Summary

| Charges | Receipts | Payments | Adjustments | Refunds | Bad Debt | Encounter Total Amnt. Dir. | Balance |
|---------|----------|----------|-------------|---------|----------|---------------------------|---------|
| $290.00 | $0.00 | $271.10 | $618.82 | $0.00 | $0.00 | 0 | $0.00 |

Encounter Number
Enc Date
07/24/2018
07/17/2018
05/04/2018

Printing

MediGen Solut University

File  Edit  Tools  Reports  Admin  Window  Help

Charge Posting

Patient

Encounter    592051    07/24/2019   History

Svc Dates    07/24/2019        07/24/2019

Svc Item     66021      1740, Laser
CPT4         66021
Quantity           59   59   LT
Unld/Override      $50.00    $50.00
E-limited    $50.00

Proc Dr.                    Diagnosis

Dx           HCF-459        Deep Secondary Cataract Bilateral

                            C   Q33.0 A1 B+    C   C0.0.42.D+    C   0.0.0 AI Y+. Elucida Dx

Rendering    Lewis, Janet

Place Svc     Office
Nat/Turn
Notes/Bill c:
Status        History
Location      The Eye Institute at Oak Lane

Created    Stokes, Lakeisha 08/12/2019 2:59 P
Modified   Jackson, Crystal 08/27/2019 12:54 F
Process Date: 8/12/2019                          1 of 1

| Date | Svc Item | S | Charge | Payment | Adjustment | line 1 | line 2 | line 3 | Pat App |
|------|----------|---|--------|---------|------------|--------|--------|--------|---------|
| 07/24/2019 | 66021 W/U Laser | 1 | 950.00 | -581.50 | -818.50 | 0.00 | 0.00 | 0.00 | 0.00 |

Totals    950.00    -581.50    -818.82    0.00    0.00    0.00    0.00

Last Rem. Source                          Approve  Defaults

Version 5.5.186    3/04/20 11:31 AM

# EXHIBIT I

(Filed under seal)

Keystone 65 HMO
P O Box 211184

Saint Paul, MN 55121



X    QCI121779968001

X

X    SAME

PA

NONE

X    02   12   47

X

X

Signature On File          03/04/20          SIGNATURE ON FILE

04   12   18       431

DN    James Lewis

OTH000
1225092315

X

0

H26493

| 04122018 | 04122018 | 11 | 66821 | LT | | A | 950 00 | 1 | 1225092315 |
| 04122018 | 04122018 | 11 | 92134 | 59 | | A | 53 00 | 1 | 1225092315 |

X    000100576242    X          1,003 00          1,003 00

The Eye Institute at Oak Lane      The Eye Institute
1200 West Godfrey Avenue          1200 West Godfrey Aveneue
Philadelphia PA 19141-3323       Philadelphia PA 19141-3323
(215) 276-6000

Lewis, James
03/04/2020

1336160027    231413680

Keystone 65 HMO
P O Box 211184

Saint Paul, MN  55121



X    QCI121779968001

X

X    SAME

PA

NONE

X        02   12   47

X

X

Signature On File                    03/04/20              SIGNATURE ON FILE

04   12   18          431
                              OTH000
DN    James Lewis             1225092315

                                                X
                          0
   H26493


04122018     04122018     11      92014     25          A        158 00  1          1225092315


X    000100576242      X                158 00              158 00

            The Eye Institute at Oak Lane        The Eye Institute
            1200 West Godfrey Avenue             1200 West Godfrey Aveneue
            Philadelphia PA  19141-3323          Philadelphia PA  19141-3323
Lewis, James                                     (215) 276-6000
03/04/2020                                          1336160027    231413680

# Explanation of Benefits

INDEPENDENCE BLUE CROSS
1901 MARKET STREET
PHILADELPHIA, PA   19103                                    Page 1

THE EYE INSTITUTE OPHTHALMOLOGICAL
PO BOX 95000 LB 7615
PHILADELPHIA, PA   191950001

Check/EFT #: 0992961128
Check Date: 06/20/2018
Check Amt: 1837.59
NPI Provider#: 1336160027

Patient: ███████████████
Insured: ███████████████
HIN: QCI121779968001
Patient Control Number: 000100576242
ICN#: 20593192904
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 04/12/2018-04/12/2018 | 1 | 66821 LT | 950.00 | 0 | 349.74 | 0 | 349.74 | 600.26 | CO45 |
| 04/12/2018-04/12/2018 | 0.00 | 92134 59 | 53.00 | 0 | 0 | 0 | 0 | 0 | |
| *Totals:* | | | *1003.00* | *0* | *349.74* | *0* | *349.74* | *600.26* | |

Reason Codes: CO45-600.26
Reason Codes: PR55-53

HIPAAX12 Code List Summary:
CO45 - CHARGES EXCEED FEE ARRANGEMENT
PR55 - On-The-Fly ERA

# *Explanation of Benefits*

INDEPENDENCE BLUE CROSS
1901 MARKET STREET
PHILADELPHIA, PA    19103

THE EYE INSTITUTE OPHTHALMOLOGICAL
PO BOX 95000 LB 7615
PHILADELPHIA, PA    191950001

Check/EFT #: 0992961128
Check Date: 06/20/2018
Check Amt: 1837.59
NPI Provider#: 1336160027

Patient:
Insured:
HIN: QCI121779968001
Patient Control Number: 000100576242
ICN#: 20593192903
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 04/12/2018-04/12/2018 | 1 | 92014 25 | 158.00 | 0 | 114.30 | 0 | 74.30 | 43.70 | CO45 |
| *Totals:* | | | *158.00* | *0* | *114.30* | *0* | *74.30* | *43.70* | |

Reason Codes: CO45-43.7; PR3-40

HIPAAX12 Code List Summary:
CO45 - CHARGES EXCEED FEE ARRANGEMENT
PR3 - On-The-Fly ERA

MediSoft Sales University

Pat. Edit Report Admin Window Help

Charge Posting

Parent

Encounter: 52824J 04/12/2019 History

Svc Dates: 04/12/2019

04/12/2019 Provider Dr. /_/_/

CPT4: 25

Quantity:

U&O/mode: 150.00

Extended 155.00

Dog: 106.620

Other Secondary Cataract, Bilateral

Diagnosis: COD 748.0x COD 8.4x COD 888.4x

New Other

| Date | | Charge | Payment | Adjustment | Inv 1 | Inv 2 | Inv 3 | Pat Amt |
|------|---|--------|---------|-----------|-------|-------|-------|---------|
| 04/12/2019 6622Y YAG Laser | H | 950.00 | 389.74 | 400.26 | R | R | R | -60.00 |
| 04/12/2019 3239A Scan Image Retina | H | 53.00 | | -53.00 | | | | |
| 04/12/2019 9282A 1 Consecuence | H | 155.00 | 74.30 | -41.70 | | | | 47.00 |

Created: Stokes, Lakeisha 05/14/2018 3:05 P
Modified: Jackson, Crystal 06/27/2018 11:56 A
Process Date: 5/14/2019 3 of 3

Place Svc: Office
New/Dum:
Make/Bac:
Status:
Location: The Eye Institute of Oak Lane

# EXHIBIT J
(Filed under seal)

# Libraries

Anesthesia

ASA Crosswalk

Behavioral Health Billing

Budget Statement

Claim Edits

Claim Modifie

Claim Printin

Claim Status

Consolidated

Contract

Diagnosis Co

EDI Claim Pro

Eligibility Pro

Encounter Ra

GPCI Codes

Institutional E

NDC

Non-Coordinated SIM Library

Places of Service

Reason Codes

Remittance Profiles



**Service Items List**

Service Items List Search

| | Practice Default | ✔ | Service Items |
|---|---|---|---|
| | ✔ | | 12312099Default Service Item Library |

☐ Include Hidden Items

☑ Do not refresh list after updating data

Close

(1)

# Libraries

NDC

Non-Coordinated SIM Library



## Service Item Library Maintenance

**Search**

99203

| ✎ SIM | Desc |
|-------|------|
| 99203 | NP Exa... |

**Service Item Library**

SIM Library Name

12312099Default Service Item Library

Service Item #    Description

99203            NP Exam Level 3            Hide SIM ☐

CPT4 Code

99204  ?  ☐ ☐  OFFICE/OUTPATIENT VISIT NEW

**General** | Other | Payer | Labels | Notes/Significant Events | Drugs

Place Of Service     Component

Office ▼             Global ▼

Department           Revenue Code

E & M ▼              ▼

Modality             Form

▼                    1500 ▼

Alt Procedure Code 1   Alt Procedure Code 2

After Care Days

0

Exempt patient adjustment code

▼

Qualifying Encounter

▼

| Eff Date | Exp Date | Non-Facility Price | Facility P |
|----------|----------|-------------------|------------|
| 01/01/2019 | 12/31/2099 | 160.00 | |
| 04/01/2017 | 12/31/2018 | 140.00 | |

☐ Force to paper
☐ Force patient responsibility      ☐ Suppress Billing
☐ Suppress Patient Procedure        ☐ Sliding fee exempt
☐ Encounter billing exempt
☐ Suppress from Statement
☐ Prevent charge amount overrides
☐ Send $0 charge on claim

**SIM Type**

Type                 Rental Duration per Unit   Anes Base Unit

▼                    ▼                          0

Behavioral Health Base Minutes

▼                    Custom

Hide Library ☐

Who\When            OK        Cancel

(2)

MedGen - Salus University
File  Edit  Tasks  Reports  Admin  Window  Help

## Process Pending Charges

**Search Criteria**

Service Location |   | Rendering Physician |   | Service Date (From) | / / | Service Date (To) | / / | Process Date Override | / /

**Pending Charge List**

| Enc Nbr | Pat Name | Location | Primary Payer | Δ Service Item | Service Item Desc |
|---|---|---|---|---|---|
| 657190 | Niles, Colleen | The Eye Institute at Oak Lane | Keystone First | 92003 | NP Exam Level 3 |
| 698116 | Washington, Rhonda | The Eye Institute at Oak Lane | Vision Service Plan | 92003 | NP Exam Level 3 |
| 698503 | Suales, Ericka | The Eye Institute at Oak Lane | Keystone First | 92003 | NP Exam Level 3 |
| 696996 | Durso, Shaila | The Eye Institute at Oak Lane | Davis Medical | 92003 | NP Exam Level 3 |
| 695370 | Mccants-Jones, Aaliyah | The Eye Institute at Oak Lane | UHC Community Plan - March Visio... | 92003 | NP Exam Level 3 |
| 700025 | Nutley, Gwendolyn D | The Eye Institute at Oak Lane | Keystone First | 92003 | NP Exam Level 3 |
| 700321 | Dixon, Monica | The Eye Institute at Oak Lane | City Health Center Grant | 92003 | NP Exam Level 3 |
| 700415 | Salmon, Angela | The Eye Institute at Oak Lane | City Health Center Grant | 92003 | NP Exam Level 3 |
| 700249 | Fluharty, Deonna | The Eye Institute at Oak Lane | Davis Medical | 92003 | NP Exam Level 3 |
| 700456 | Pauley, Antwoyn/ | The Eye Institute at Oak Lane | Blue Cross Blue Shield PA | 92003 | NP Exam Level 3 |
| 700493 | Emm-Brown, Jacqueline | The Eye Institute at Oak Lane | Eyemed | 92003 | NP Exam Level 3 |
| 700536 | Wilson, Jacqueline | The Eye Institute at Chestnut Hill | Cigna Health Springs-Superior Vision | 92003 | NP Exam Level 3 |
| 700605 | Mcmichaser, Gonzalee | The Eye Institute at Oak Lane | National Vision Administrator | 92003 | NP Exam Level 3 |
| 695335 | Hall, Linnae | The Eye Institute at Oak Lane | PHMC | 92004 | NP Exam Level 4 |

Record Found: 1837

Clear    Find            Process    Reject    Close

Charges are processed in the order they appear in the list. The value in the process date box is defaulted to the process date session settings value. If the process date box has a value, that value will be used as the process date for all processed charges. Only fill in the process date if you want to override the process date on all charges.

1) Jan Pending CHGS FILE    (3)

2/26/2020 3:47:13 PM

MSG10/MPD  Version 5.9.3.88  02/26/2020 03:46 PM

Medicare
Po Box 890418

Camp Hill, PA 17089-0418



X

5p94gu8uj95

X

X

NONE

X          06   20   32

X

X

Signature On File                    02/28/2020              SIGNATURE ON FILE

01   23   2020        431

DK   GURWOOD ANDREW

OTH000
1326056128

X

E119            Z961            H35373      0
                                            I10

39D2144439

| 01232020 | 01232020 | 11 | 99204 | | A | 160 00 | 1 | 1326056128 |
| 01232020 | 01232020 | 11 | 92015 | | B | 15 00 | 1 | 1326056128 |

X   000100693751   X                      175 00              175  00

The Eye Institute at Oak Lane
1200 West Godfrey Avenue
Philadelphia PA  19141-3323

The Eye Institute
1200 West Godfrey Aveneue
Philadelphia PA 19141-3323
(215) 276-6000

Gurwood, Andrew
02/28/2020

1336160027    231413680

# *Explanation of Benefits*

NOVITAS SOLUTIONS, INC.
PO BOX 3413
MECHANICSBURG, PA    170551852

SALUS UNIVERSITY
1200 W GODFREY AVENUE
PHILADELPHIA, PA    191413323

Check/EFT #: 897003769
Check Date: 02/10/2020
Check Amt: 710.30
NPI Provider#: 1336160027

Patient: ████████████
HIN: 5P94GU8UJ95
Patient Control Number: 000100693751
ICN#: 1120027405060
Status: Primary

| Dates of Service | Units | CPT4/Mods | Billed | CoIns | Allwd | Deduct | Paid | Adj | Adj Cd |
|---|---|---|---|---|---|---|---|---|---|
| 01/23/2020-01/23/2020 | 1.00 | 99204 | 160.00 | 6.34 | 160.00 | 128.28 | 24.96 | -0.09 | CO144 |
| 01/23/2020-01/23/2020 | 1 | 92015 | 15.00 | 0 | 0 | 0 | 0 | 0 | |

| *Totals:* | | | *175.00* | *6.34* | *160.00* | *128.28* | *24.96* | *-0.09* | |
|---|---|---|---|---|---|---|---|---|---|

Claim Level Adjudication Codes: MA01;
Remark Codes: N807
Reason Codes: CO253-0.51; CO144--0.09; PR1-128.28; PR2-6.34
Reason Codes: PR49-15

CO144 - On-The-Fly ERA
CO253 - Sequestration-reduction In Federal Spend
PR1 - DEDUCTIBLE AMOUNT
PR2 - COINSURANCE
PR49 - On-The-Fly ERA

Patient Chart - Jones, Grace D

File Edit Tasks Reports Admin Window Help

Contact:

Contact Preference: Home Phone

DOB:

Patient Information: Jones, Grace D

Person Number: **186609**  Medical Record Number: **186607**  Other ID Number: **3709**

Default Guarantor: Grace D Jones

Patient Status:

Primary Care Provider:

Call Phone:
Family Annual:
Patient Start: V

**Encounter Information**
Enc. Insurance: **Medicare**
Reinforcing: **Garwood, Andrew**
Guarantor:

Financed

Clinical Manage Rules

| Txn Date | SIM Description | Procd | CPT4 | Qty | Amount | Type | Device/M | Tracking Desc | Transaction | Reason | Remit# |
|----------|----------------|-------|------|-----|--------|------|----------|---------------|-------------|--------|--------|
| 01/23/20 | REFINALTION | 92015 | 1.00 | | 15.00 | Chg | | | | M144 (Pre-por/post port includes in prod abvd) PR1 (Deductible amount) | 112027 425000 |
| 01/17/20 | Contractual Adjustm... | | | | 0.00 | Adj | | 0.00 Debit 897002019 ICN 112... | PR49 (Coinsurance not covered inclusive exam) | 112027 425000 |
| 02/17/20 | Contractual Adjustm... | | | | 0.00 | Adj | | 0.00 Debit 897002019 ICN 112... | PR49 (Coinsurance not covered inclusive exam) | 112027 425000 |
| 02/24/20 | Contractual Payment | | | | 24.95 | Pmt | | 0.00 Debit 897002019 ICN 112... | PR1 (Deductible Insured)PR2 (Coinsurance amount)M802 (On-The-Fly... | 112027 425000 |
| 02/24/20 | Contractual Payment | | | | 0.00 | Pmt | | 0.00 Debit 897002019 ICN 112... | PR49 (Coinsurance not covered inclusive exam) | 112027 425000 |
| 02/17/20 | Inactive Adjustment | | | | 0.00 | Adj | | 0.00 Debit 897002019 ICN 112... | CO16 (Secondary adjustment) CO138 (Claim/service inclusive exam) | 112027 425000 |
| 02/24/20 | Medicare Sequestra... | | | | 0.51 | Adj | | 0.00 Debit 897002019 ICN 112... | CO253 (Sequestration - reduction in federal spnd) | 112027 425000 |

Encounter Financial Summary

| Charges | Unapplied | Payments | Adjustments | Refunds | BadDebt | Encounter Total | Remit Units | Balance |
|---------|-----------|----------|-------------|---------|---------|-----------------|-------------|---------|
| $15.00 | $0.00 | $24.95 | $0.42 | $0.00 | $0.00 | | 0 | $(10.37) |

Balance: $(10.37)